**No. 09-9669. Shawn Gaines, Petitioner v. New York City Transit Authority, et al.**

560 U.S. 979, 130 S. Ct. 3411, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4755.

June 14, 2010. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 353 Fed. Appx. 509.